IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROBERT BACK, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:09-CV-131 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING RULE 60(b) MOTION TO VACATE VOID JUDGMENT

Petitioner has filed with this Court a "Rule 60(b) Motion to Vacate Void Judgment." On October 7, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. On October 20, 2014, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the Rule 60(b) motion to vacate void judgment is DENIED.

IT IS SO ORDERED.

ENTERED this 21st day of October 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE